No. 71–6115. FREEMAN v. FIRST DISTRICT COURT OF APPEALS ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 71–758. GREEN v. MISSOURI. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–797. PUGLIA v. COTTER ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–962. KELLEY ET AL. v. TEXAS STATE BOARD OF MEDICAL EXAMINERS. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1035. LECCI v. CAHN, DISTRICT ATTORNEY OF NASSAU COUNTY, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1041. TAXAY v. SHAFFER, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1090. CABBLER v. VIRGINIA. Sup. Ct. Va. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1099. PHOENIX NEWSPAPERS, INC., ET AL. v. PEAGLER ET AL. Super. Ct. Ariz., County of Maricopa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.